UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

Antuan Leanyear,

    Plaintiff,

    v.

B. MacDonald, Fort Wayne Police
Officer#1837F, in his personal capacity;
et al.,

    Defendants.

Case No. 1:12-CV-136 JVB

## ORDER

Magistrate Judge Roger Cosbey issued a Report and Recommendation on the Defendant's motion to dismiss as a sanction for Plaintiff's failure to comply with Defendants' deposition requests (DE 26). Judge Cosbey recommends that the motion be denied. No party has objected to that recommendation.

As a result, the Court accepts Judge Cosbey's Report and Recommendation (DE 39) and denies Defendants' motion to dismiss (DE 26).

SO ORDERED on October 1, 2013.

    S/ Joseph S. Van Bokkelen
    JOSEPH S. VAN BOKKELEN
    UNITED STATES DISTRICT JUDGE