# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| Antuan Leanyear,<br><br>    Plaintiff,<br><br>v.<br><br>B. MacDonald, Fort Wayne Police Officer#1837F, in his personal capacity; et al.,<br><br>    Defendants. | Case No. 1:12-CV-136 JVB |

## ORDER

Magistrate Judge Roger Cosbey issued a Report and Recommendation on the Defendant's motion to dismiss as a sanction for Plaintiff's failure to comply with Defendants' deposition requests (DE 26). Judge Cosbey recommends that the motion be denied. No party has objected to that recommendation.

As a result, the Court accepts Judge Cosbey's Report and Recommendation (DE 39) and denies Defendants' motion to dismiss (DE 26).

SO ORDERED on October 1, 2013.

                                              S/ Joseph S. Van Bokkelen
                                              JOSEPH S. VAN BOKKELEN
                                              UNITED STATES DISTRICT JUDGE