UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

Antuan Leanyear,

    Plaintiff,

    v.

B. MacDonald, Fort Wayne Police Officer#1837F, in his personal capacity; et al.,

    Defendants.

Case No. 1:12-CV-136 JVB

# ORDER

Defendants filed a motion to dismiss on March 18, 2014, asserting that this 42 U.S.C. § 1983 case should be dismissed under Federal Rule of Civil Procedure 41(b) for Plaintiff Antuan Leanyear's failure to prosecute it. (DE 45.) Although Mr. Leanyear was initially represented by counsel, he is now proceeding pro se. (DEs 1, 35.) The motion was referred to Magistrate Judge Roger Cosbey for Report and Recommendation. (DE 46.)

On May 9, 2014, Judge Cosbey issued the report and, due to Mr. Leanyear's apparent disinterest in pursuing this case---and pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and Local Rule 72-1---recommended that Defendants' motion to dismiss be granted. As is customary, Judge Cosbey included a notice with his recommendation that Leanyear had fourteen days to object. That deadline has long passed without any objection from Mr. Leanyear. In fact, the last communication from Mr. Leanyear to this Court was almost a year ago, on August 19, 2013.

The Court accepts Judge Cosbey's Report and Recommendation (DE 50) and grants Defendants' Motion to Dismiss (DE 45) for the reasons stated in the Report and Recommendation. The Clerk is directed to dismiss this case with prejudice.

SO ORDERED on June 17, 2014.

  S/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE